## IN THE UNITED STATES DISTRICT COURT - CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| LEAD IT CORPORATION, an Illinois Corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. |
| REBECCA TALLAPALLI and ELITE IT SOLUTIONS INC., an Illinois Corporation, | ) ) ) ) | Jury Trial Requested |
| Defendants. | ) ) | |

## COMPLAINT
## FOR COPYRIGHT INFRINGEMENT

Plaintiff LEAD IT CORPORATION by his attorneys Donald M. Craven, P.C., for his complaint against Defendants Rebecca Tallapalli and Elite IT Solutions Inc., states as follows:

**Nature of the Action**

1. This is an action for copyright infringement by Lead IT Corporation ("Lead"), an Illinois Corporation, against Rebecca Tallapalli, the president and purported owner of Elite IT Solutions Inc. ("Elite"), and Defendant Elite, an Illinois Corporation.

2. Plaintiff is the sole owner of a copyright in certain literary text ("Copyrighted Text"), which it has displayed under the "career" tab of its website since January 1, 2010.

3. On or around February 29, 2012, Defendants reproduced Plaintiff's Copyrighted Text on their website without Plaintiff's permission.

4. Defendants infringed Plaintiff's copyright in the Copyrighted Text by copying verbatim, publishing and marketing it for Defendants' commercial benefit, without Plaintiff's permission.

**Jurisdiction and Venue**

5. This Court has jurisdiction pursuant to 28 U.S.C. §1338(a), because this action arises under the United States Copyright Act of 1976, 17 U.S.C. §101 *et seq*.

6. Venue is proper in this district pursuant to 28 U.S.C. §§1400(a) and 1391(b) and (c) as Defendants reside and can be found in this district.

**Parties**

7. Plaintiff is an Illinois Corporation with its principal place of business in Springfield, Illinois, focused on providing custom software development and information technology services.

8. Plaintiff was formed on or around November 5, 2009.

9. Defendant Tallapalli is the president and purported sole owner of Defendant Elite. *See* Exhibit A, at 9, 21–24. She resides in this district.

10. Defendant Elite is an Illinois Corporation with its principal place of business in Springfield, Illinois; it also provides software development and information technology services.

11. Defendant Elite was formed on or around January 6, 2012.

**Plaintiff's Creation of the Copyrighted Text and Publication on Its Website**

12. In September 2006, Rampasad Talluri, an employee and founder of Moon Technologies, Corp. ("Moon Technologies") drafted the Copyrighted Text for his employer's website.

13. Talluri created the Copyrighted Text within the scope of his employment.

14. In October 2006, Moon Technologies published this Copyrighted Text on its website and affixed a copyright notice—by way of the commonly known © symbol—to the Copyrighted Text.

15. In December 2009, Moon Technologies—and all of its assets—merged into or were acquired by Plaintiff, a then newly-formed company.

16. Consequently, Plaintiff acquired the Copyrighted Text and began publishing it on its website on or around January 1, 2010, under its career tab.

17. In publishing the Copyrighted Text, Plaintiff affixed a copyright notice—by way of the commonly known © symbol—to its Copyrighted Text.

18. On or around February 29, 2012, text identical to Plaintiff's Copyrighted Text appeared on the website of Defendant Elite under its career tab.

19. Defendants continue to publish and display publicly the infringing text on their website and have wrongfully affixed a copyright notice to it.

20. Plaintiff's Copyrighted Text and Defendants' infringing text are identical—except where Defendants replaced references to Plaintiff's brand with their own name and contact:

| Plaintiff's Copyrighted Text reads as follows | Defendants' infringing text reads as follows |
|---|---|
| At Lead IT, you will work with a team of professionals committed to the highest standards of client service. | At Elite IT Solutions, you will work with a team of professionals committed to the highest standards of client service. |
| Our employees, like our clients are the corner stone of our business. | Our employees, like our clients are the corner stone of our business. |
| Our employees commit to managing their own career by seeking opportunities, taking responsibility for superior client service, and continuously building critical professional skills to enhance their development. | Our employees commit to managing their own career by seeking opportunities, taking responsibility for superior client service, and continuously building critical professional skills to enhance their development. |
| We strongly value the distinctly different ideas, backgrounds and experiences that our professionals bring to their positions | We strongly value the distinctly different ideas, backgrounds and experiences that our professionals bring to their positions |
| Why Join Lead IT | Why join Elite IT Solutions |
| We strive to offer the opportunities | We strive to offer the opportunities |

| | |
|---|---|
| you need to achieve your highest level of professional performance and to develop and refine the skills you will need throughout your career.<br><br>Our compensation package is among the best in the industry and is aimed at not only attracting but also retaining the best talent.<br><br>If you believe that your needs and ours coincide, we might have a win-win situation in the making (always the best kind).<br>Please submit your resume in confidence to: hr@leaditgroup.com<br><br>We are an Equal Employment Opportunity & Affirmative Action employer and our employees come from a wide range of cultural and geographic backgrounds. | you need to achieve your highest level of professional performance and to develop and refine the skills you will need throughout your career.<br><br>Our compensation package is among the best in the industry and is aimed at not only attracting but also retaining the best talent.<br><br>If you believe that your needs and ours coincide, we might have a win-win situation in the making (always the best kind).<br>Please submit your resume in confidence to: ron@eliteitusa.com<br><br> We are an Equal Employment Opportunity & Affirmative Action employer and our employees come from a wide range of cultural and geographic backgrounds. |

Copies of Plaintiff's and Defendants' websites are attached as Exhibit B and Exhibit C, respectively.

## Count I – Copyright Infringement

21. Plaintiff repeats paragraphs 1 through 20 as fully set forth above.

22. Because the Copyrighted Text was drafted by Mr. Talluri within the scope of his employment, the Copyrighted Text is a Work for Hire, with Moon Technologies as its original author. Moon Technologies, subsequently, transferred its copyright in the Copyrighted Work exclusively to Plaintiff.

23. Defendants Elite, through its employees and officers, knew that Mr. Talluri created the Copyrighted Work for Moon Technologies, that it was subsequently acquired by Plaintiff, and that Plaintiff is its exclusive owner.

24. The Copyrighted Text is an original work of authorship and is fixed in a tangible medium of expression.

25. On March 29, 2012, Plaintiff submitted an application for registration of the Copyrighted Work to the United States Copyright Office, consisting of a completed electronic application form, a deposit of Plaintiff's Copyrighted Text and payment of the filing fee. A copy of the electronic records of the Copyright Office showing receipt of these elements is attached as Exhibit D.

26. Neither Moon Technologies nor Plaintiff authorized Defendants to copy, publish or make derivative works of Plaintiff's Copyrighted Text.

27. Defendants infringed Plaintiff's Copyrighted Text by copying it verbatim from Plaintiff's website and reproducing it on their own website.

28. Defendants' acts violate Plaintiff's exclusive rights under §106 of the Copyright Act and infringe its valid United States copyright.

29. Defendants' acts of infringement were willful and Defendants were aware and had reason to believe that their acts infringed on Plaintiff's copyright, because Defendant Elite, through its officers and employees, was specifically familiar with and aware of the Copyrighted Work.

30. Defendants' acts of infringement damaged Plaintiff in an amount to be determined and unjustly enriched Defendants in an amount to be determined.

WHEREFORE, Plaintiffs request that this Court

   a. permanently enjoin Defendants, their agents, officers, employees and affiliated companies, if any, from infringing Plaintiff's copyright—specifically, that they be enjoined from reproducing, publishing, publicly displaying or making derivative

      works of Plaintiff's Copyrighted Work pursuant to 17 U.S.C. § 502;

b.    order the impoundment and destruction of all hardcopies of the infringing text in the possession or control of Defendants, their agents, officers, employees and affiliated companies, if any pursuant to 17 U.S.C. § 503;

c.    order Defendants to pay to Plaintiff all actual damages it sustained as a result of Defendants' copyright infringement pursuant to 17 U.S.C. § 504;

d.    order Defendants to pay to Plaintiffs statutory damages in the amount of $150,000.00 per infringement pursuant to 17 U.S.C. § 504;

e.    order Defendant to account for and disgorge to Plaintiff all gains, profits and advantages derived by their copyright infringement pursuant to 17 U.S.C. § 504;

f.    award Plaintiff's attorneys' fees and costs pursuant to 17 U.S.C. § 505;

g.    order such further relief it deems just and appropriate.

**PLAINTIFF REQUESTS A JURY TRIAL.**

                  LEAD IT CORPORATION, Plaintiff

By:     /s/ Esther J. Seitz
      Donald M. Craven (ARDC #6180492)
      Esther J. Seitz (ARDC #6292239)
      Attorney for Plaintiff
      **Donald M. Craven, P.C.**
      1005 North Seventh Street
      Springfield, IL  62702
      Telephone:   217-544-1777
      Facsimile:   217-544-0713
      E-Mail:   don@cravenlawoffice.com
      E-Mail:   esther@cravenlawoffice.com